735 A.2d 565

IN THE MATTER OF SALVATORE DE LELLO, JR., AN ATTORNEY AT LAW.

September 1, 1999.

## ORDER

**SALVATORE DE LELLO, JR.,** of **PISCATAWAY,** who was admitted to the bar of this State in 1983, having pleaded guilty to one count of commercial bribery and breach of duty to act disinterestedly in violation of *N.J.S.A.* 2C:21–10a(2); one count of forgery in violation of *N.J.S.A.* 2C:21–1a(2); one count of falsifying records in violation of *N.J.S.A.* 2C:21–4a; and one count of false swearing in violation of *N.J.S.A.* 2C:20–2a;

And good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **SALVATORE DE LELLO, JR.,** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **SALVATORE DE LELLO, JR.,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **SALVATORE DE LELLO, JR.,** comply with *Rule* 1:20–20 dealing with suspended attorneys.